Waymond M. Brown, Judge, concurring. • I agree with the majority that this case should be affirmed. However, I write separately to express my concern about the majority reaching Jefferson’s new-trial argument when that issue is not properly before us. In Jefferson’s.notice of appeal, filed on August 26, 2016, Jefferson stated that he was appealing the order entered on July 5, 2016. He then went on to give a chronological history of this case but failed to state that he was also appealing the court’s denial of his motion for a new trial. Óur case law dictates that a notice of appeal must identify the orders appealed from, and orders not mentioned in a notice of appeal are not properly before us.[5] Since Jefferson failed'to include the denial of his motion for new trial in his notice of appeal, this court should not have addressed any issues related to that denial. Brown, J., concurs. . Ramsey v. State, 2010 Ark. App. 601, 2010 WL 3582512.